In re COLONIAL BREWERY. (Circuit Court of Appeals, Second Circuit. February 6, 1903.) Nos. 36–42. Petitions for Revision of Proceedings of the

District Court of the United States for the Southern District of New York. Henry W. Taft, for petitioners. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Orders affirmed in open court.